UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

No. 18-2410-JJO

UNITED STATES OF AMERICA

vs.

WILLIAM GOODE,

        Defendant.
_____/

## CRIMINAL COVER SHEET

1. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to October 14, 2003? _____ Yes __X__ No

Respectfully submitted,

BENJAMIN G. GREENBERG
UNITED STATES ATTORNEY

BY: /s/ Joshua S. Rothstein
JOSHUA S. ROTHSTEIN
ASSISTANT UNITED STATES ATTORNEY
Court ID No. A5502111
99 N. E. 4th Street
Miami, Florida 33132-2111
TEL (305) 961-9208
FAX (305) 530-7976

AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| United States of America<br>v.<br>WILLIAM GOODE,<br><br>*Defendant(s)* | ) ) ) ) ) ) ) )  Case No. 18-2410 JJO |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of  January 20, 2018 - March 20, 2018  in the county of  Miami-Dade  in the
 Southern  District of  Florida , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. §§ 2252(a)(2) & (b)(1) | Receipt of Visual Depictions of Minors Engaged in Sexually Explicit Conduct |
| 18 U.S.C. §§ 2252(a)(4)(B) & (b)(2) | Possession of Visual Depictions of Minors Engaged in Sexually Explicit Conduct |

This criminal complaint is based on these facts:
**See Attached Affidavit**

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Daniel Alfin, Special Agent - FBI
*Printed name and title*

Sworn to before me and signed in my presence.

Date:  03/21/2018

_____
*Judge's signature*

City and state:     Miami, Florida       Hon. John J. O'Sullivan, U.S. Magistrate Judge
*Printed name and title*

18-2410 JJO

# AFFIDAVIT

I, Daniel I. Alfin, a Special Agent (SA) with the Federal Bureau of Investigation (FBI) being duly sworn, hereby depose and state as follows:

## INTRODUCTION AND AGENT BACKGROUND

1. I have been a SA with the FBI since April 2009. I am currently assigned to the FBI Miami Child Exploitation Taskforce. In this capacity, I am responsible for conducting criminal investigations of statutes contained in Title 18 of the United States Code, including crimes related to child pornography and the sexual exploitation of children.

2. I have participated in investigations of persons suspected of violating federal child pornography laws, including Title 18, United States Code, Sections 2251, 2252 and 2252A. These investigations have included the use of surveillance techniques, the interviewing of subjects and witnesses, and the planning and execution of arrest, search, and seizure warrants. In the course of these investigations, I have reviewed thousands of still images and videos containing child pornography and images depicting minor children engaged in sexually explicit conduct on various forms of electronic media including computers, digital cameras, and wireless telephones, and have discussed and reviewed these materials with other law enforcement officers. I have also participated in training programs for the investigation and enforcement of federal child pornography laws relating to the use of computers for receiving, transmitting, and storing child pornography. I am a member of the FBI Adjunct Faculty Program and am certified to provide instruction to other FBI Agents and law enforcement officers in certain areas relating to child exploitation investigations. I am proficient in the area of computer forensics and trained to perform computer forensics for the FBI. I have been

recognized as an expert in federal court and have testified in federal court on more than 20 occasions in more than 10 federal judicial districts.

3. This Affidavit is submitted in support of a criminal complaint which charges William Goode ("GOODE") with receipt of visual depictions of minors engaged in sexually explicit conduct, in violation of Title 18, United States Code, Section 2252(a)(2) and (b)(1) and possession of such visual depictions, in violation of Title 18, United States Code, Section 2252(a)(4)(B) and (b)(2).

4. The information set forth in this Affidavit comes from my personal involvement in this investigation, as well as from information provided to me by other law enforcement officers and people with knowledge of the case. This Affidavit does not represent every fact law enforcement knows about this investigation but rather contains only the information necessary to establish probable cause for the issuance of the criminal complaint against GOODE for the aforementioned criminal violations.

## SUMMARY OF THE INVESTIGATION

5. In January 2018, a law enforcement investigation revealed that a user of the Internet account at a residence in Miami, Florida (the "Residence"), was a part of an online community of individuals who regularly send and receive child pornography via an Internet-based peer-to-peer network.

6. Further investigation revealed that William GOODE resides at the Residence, an attached two-story town home.

7. On March 20, 2018, law enforcement executed a federal search warrant at the Residence and seized approximately 20 digital storage devices, multiple optical discs, and a desktop computer with serial number JWHH0C2. The desktop computer contained a single hard disk, which

2

was manufactured outside the state of Florida.

8. On March 20, 2018, law enforcement interviewed GOODE. GOODE waived his *Miranda* rights and admitted that he had been downloading child pornography from the Internet for approximately 5 years. GOODE stated that he stored child pornography on his desktop computer and several external hard drives.

9. On March 20, 2018, I conducted a preliminary review of the hard disk from the aforementioned desktop computer. During the preliminary review, I located child pornography, including the files described below:

a. A video file which was 6 minutes and 13 seconds in length that titled "!22.mp4" located in a folder named "downloads." The file appeared to have been downloaded to the computer on or about March 16, 2018. The video depicted an adult male rubbing his erect penis and finger in and around the genitals of a nude prepubescent female. The second part of the video depicts an adult male having vaginal penetrative sex with a female of indeterminate age on a bed while the prepubescent female can be seen laying on the bed naked with her genitals exposed. The adult male removes his penis from the female's vagina and ejaculates on the prepubescent female. The female of indeterminate age is then depicted rubbing the male's semen into the prepubescent female's body.

b. An image file named "bby875566.jpg" located in a folder named "downloads." The file appeared to have been downloaded to the computer on or about January 24, 2018. The image depicted what appeared to be a prepubescent female laying on a floor with her legs spread exposing her nude genitals.

3

  c. An image file named "sperm-01.gif" located in a folder named "downloads." The file appeared to have been downloaded to the computer on or about January 20, 2018. The image depicted what appeared to be a prepubescent female having her mouth, face, and chest ejaculated on by an adult male.

10. In addition to the aforementioned files that appeared to depict child pornography, I observed hundreds of other images and videos stored on items seized from GOODE's residence that appeared to depict child pornography.

## CONCLUSION

11. Based on the aforementioned factual information, I respectfully submit that there is probable cause to support the arrest of William GOODE, for receipt of visual depictions of minors engaged in sexually explicit conduct, in violation of Title 18, United States Code, Section 2252(a)(2) and (b)(1) and possession of such visual depictions, in violation of Title 18, United States Code, Section 2252(a)(4)(B) and (b)(2).

FURTHER SAYETH YOUR AFFIANT NAUGHT.

Daniel I. Alfin
Special Agent
Federal Bureau of Investigations

Subscribed and sworn to before me
this 21 day of March 2018

HONORABLE JOHN J. O'SULLIVAN
UNITED STATES MAGISTRATE JUDGE

4